UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEMP DEPOSIT AND DISTRIBUTION CORPORATION , <br><br> Plaintiff <br><br> v. <br><br> DP BROOKS INVESTMENTS, LLC, <br><br> Defendant | 2:14-cv-02138-JAD-GWF <br><br> **Order Granting Voluntary Dismissal of Action Under FRCP 41(a)(1)** <br><br> [ECF 16] |

Plaintiff Hemp Deposit and Distribution Corporation has filed a notice of voluntary dismissal of this action, without prejudice, under FRCP 41(a)(1).[1]  Because defendant DP Brooks Investments, LLC has not answered the complaint or filed a motion for summary judgment, Hemp is entitled to dismiss this action by filing notice under FRCP 41(a)(1)(A).

Accordingly, IT IS HEREBY ORDERED that Hemp Deposit and Distribution Corporation's voluntary dismissal **[ECF 16] is GRANTED,** without prejudice, and with each party to bear its own attorney's fees and costs.  **This action is DISMISSED.**  The Clerk of Court is instructed to close this case.

Dated this 7th day of October, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 16.